IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
MAR 22 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE MATTER OF THE ) Magistrate Docket Number:
ADMINISTRATIVE INSPECTION OF )
Efrain Gonzalez, M.D. )
Advanced Med Spa, Inc. )
2160 Sunset Boulevard ) 2:13-SW-171 AC
Suite #502 )
Rocklin, California 95765 )

## WARRANT FOR INSPECTION

TO: Diversion Investigator Mark Jackson and any other duly authorized investigator or agent of the Drug Enforcement Administration of the United States Department of Justice.

Application having been made and probable cause as defined by 21 U.S.C. § 880(d) having been shown by the affidavit of Diversion Investigator Mark Jackson of the Drug Enforcement Administration for an inspection of the controlled premises of 2160 Sunset Boulevard, Suite 502, Rocklin, California 95765 and it appearing that such inspection is appropriate pursuant to 21 U.S.C. § 880(d), you are hereby:

Authorized pursuant to 21 U.S.C. § 880(b)(3)(A) to enter the above-described premises during ordinary business hours and inspect in a reasonable manner and to a reasonable extent, including copying (where necessary) and seizing (where copying is not possible at the location), all records, reports, and other documents required to be kept under this subchapter.

1

You are further authorized pursuant to 21 U.S.C. § 880(b)(3)(B) to inspect in a reasonable manner and to a reasonable extent, including, *and with consent,* copying, *and seizing* (as applicable and where necessary), the controlled premises, equipment, drugs, containers, and labeling, and all other things therein, including records, files and papers, processes, controls, and facilities appropriate for the verification of Efrain Gonzalez, M.D.'s compliance with the Controlled Substances Act.

Specifically, pursuant to 21 U.S.C. § 880(b)(3)(A), you are hereby authorized to inspect, copy, and seize (to the extent necessary) from the above-described controlled substance premises:

1. All physical inventories (perpetual and biennial) of controlled substances;

2. Ordered material drug list of supplies;

3. Records of controlled substance purchases and distribution, including receipt and return records;

4. All records which refer to or are related to the dispensation, administration or distribution of controlled substances;

5. Any and all copies of the Registrant's inventory of drugs surrendered (DEA-Form 41); and

6. Reports of Theft or Loss of Controlled Substances (DEA-Form 106).

In addition, pursuant to 21 U.S.C. § 880(b)(3)(B), you are hereby authorized to inspect, *and with consent,* copy (for the purpose of verifying the records required to be kept under 21 U.S.C. § 880(b)(3)(A)) ~~and seize,~~ *and seize* (to the extent necessary) from the above-described controlled substance premises:

1. Audits or other internal reports or memoranda generated for the purpose of maintaining accurate records and inventories of controlled substances;

2. Communications (written and electronic) regarding maintenance of inventories, theft or loss reports;

3. Policies and communications (written and electronic) regarding Efrain Gonzalez, M.D.'s efforts to comply with the Controlled Substances Act;

4. Copies of training materials and procedures regarding maintenance of inventory records;

5. Copies of training material and procedures regarding the performance of internal audits;

6. Copies of manuals, or other material describing computer programs or other procedures used by Efrain Gonzalez, M.D. to maintain inventories of controlled substances; and

7. Communications (written or electronic) to/from Efrain Gonzalez, M.D. or Efrain Gonzalez, M.D.'s Advanced Med Spa, Inc.'s employees or owners to federal or state

3

authorities, related to loss, theft or maintenance of an inventory of stocks of controlled substances, and/or compliance with the Controlled Substances Act.

Pursuant to 21 U.S.C. § 880(b)(3)(C), you are further authorized to inventory any stock of any controlled substance and obtain samples of any such substance.

No later than ten (10) days from the issuance of this warrant, return shall be made by the inspecting officer(s) to the undersigned United States Magistrate Judge showing that the inspection has been completed and accounting for all property seized pursuant to this warrant.

Dated: 3/18/13 *ac*

*[signature]*
Honorable Allison Claire
United States Magistrate Judge
United States District Court
For the Eastern District of California